## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EMILY SCOTT, *et al*., | | |
| | Plaintiffs, | **Case No.:** 8:22-cv-01812-JRR |
| - against - | | |
| J.F.J, INC., *et al*., | | |
| | Defendants. | |

## MOTION TO APPROVE AND ENTER PARTIAL CONSENT JUDGMENT

The Parties, by and through their undersigned counsel, respectfully move this Court for an Order approving and entering the Parties' Partial Consent Judgment. In support of this Motion, the Parties state as follows:

1.    This is an action for damages and injunctive relief arising from Defendants' alleged use of Plaintiffs' images and likenesses in commercial advertising.

2.    Plaintiffs filed their Complaint in this action on July 22, 2022. Since that time, the Parties have engaged in extensive litigation, including written discovery, depositions, settlement negotiations, and settlement conferences.

3.    The Parties have reached a settlement resolving certain claims asserted in this action and have executed the proposed Partial Consent Judgment attached hereto as Exhibit A.

4.    Accordingly, the Parties respectfully submit that approval and entry of the proposed Partial Consent Judgment is appropriate under the circumstances and will conserve judicial resources.

**WHEREFORE**, the Parties respectfully request that this Honorable Court approve and enter the Parties' Partial Consent Judgment and grant such other and further relief as the Court deems just and proper.

Dated: June 26, 2026

/s/ John V. Golaszewski

John V. Golaszewski, Esq.
New York Bar No. 4121091
**THE CASAS LAW FIRM, P.C.**
1325 Avenue of the Americas
28th Floor
New York, NY 10019
Tel: 855-267-4457
Fax: 855-220-9626
john@talentrights.law
*Attorney for Plaintiffs*


/s/ Larry N. Burch

Larry N. Burch
The Burch Law Firm, LLC
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
Phone: (301) 474-4468
larry@burchlawfirmllc.com
*Attorney for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of June 2026, I caused a true and correct copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF electronic filing system, which will send notification of such filing to all registered participants.

*/s/ John V. Golaszewski*
John V. Golaszewski, Esq.